USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 1/8/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTHA ARIAS,

                Petitioner,                          07 civ 4590 (JGK)

      -against-                                **MEMORANDUM AND ORDER**

UNITED STATES OF AMERICA,
                Respondent.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The Court issued an order dated June 21, 2007, directing the Government to respond to the petition to vacate within 60 days after the receipt of that order. There has been no response to the Court's order to date.

The Government shall answer the petition to vacate by **February 14, 2008.** The Government shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in any federal post-conviction proceedings. The Government shall also address, as appropriate, the proper procedural handling under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat. 1214 (1996).

The petitioner's shall submit a reply to the Government's response by **March 14, 2008.**

**SO ORDERED.**

                                                          JOHN G. KOELTL
                                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        January 7, 2008

Copies mailed to:
Martha Arias
52467-054
Federal Correctional Institution
Route 37
Danbury, CT 06811

Kevin Puvalowski
Assistant United States Attorney
One St. Andrews Plaza
New York, New York 10007