UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARTHA ARIAS (52467-054),

                      Petitioner,                    07 civ 4590 (JGK)

-against-                                     **MEMORANDUM AND ORDER**

UNITED STATES OF AMERICA,

                      Respondent.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

In reviewing the file, it appears that the Government may not have received the petition in this matter.

The Government's time to respond is extended to **March 28, 2008.**

The Government shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in any federal post-conviction proceedings. The Government shall also address, as appropriate, the proper procedural handling under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat. 1214 (1996).

The petitioner's time to reply to the Government's response is extended to **April 25, 2008.**

**SO ORDERED.**

                                                      JOHN G. KOELTL
                                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       February 22, 2008

Copies mailed to:
Martha Arias (52467-054)
Federal Correctional Institution
Route 37
Danbury, CT 06811

Kevin Puvulowski
Assistant United States Attorney
One Saint Andrews Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08