USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

MARTHA ARIAS,

           Defendant.

02 Cr. 706 (JGK)

---

MARTHA ARIAS,

           Petitioner,

    - against -

UNITED STATES OF AMERICA,

           Respondent.

07 Civ. 4590 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the petitioner to reply is extended to June 30, 2008.

SO ORDERED.

Dated:    New York, New York
           June 8, 2008

_____
John G. Koeltl
United States District Judge