

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MARTHA ARIAS,

              Petitioner,                       07 CIVIL 4590 (JGK)

       -against-                                 **JUDGMENT**

UNITED STATES OF AMERICA,
              Respondent.
-------------------------------------------------------X      **SCANNED**

A petition for habeas corpus pursuant to 28 U.S.C. § 2255 having been submitted to the Honorable John G. Koeltl, United States District Judge, and the Court, on July 18, 2008, having rendered its Memorandum Opinion and Order denying the petitioner's motion, and directing the Clerk of the Court to enter judgment dismissing the petition and closing this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 18, 2008, petitioner's motion is denied; the petition is dismissed and the case is closed; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.

DATED: New York, New York
             July 31, 2008

                                               **J. MICHAEL McMAHON**
                                                     **Clerk of Court**
                              BY:
                                                     **Deputy Clerk**

                                       THIS DOCUMENT WAS ENTERED
                                       ON THE DOCKET ON _____